OHIO ATTORNEY GENERAL, APPELLANT, *v.* JOHN DOE 26 ET AL., APPELLEES.

[Cite as *Ohio Atty. Gen. v. John Doe 26* (2000), 88 Ohio St.3d 1237.]

(No. 99–291—Submitted March 8, 2000—Decided May 10, 2000.)

*Betty D. Montgomery*, Attorney General, *Edward B. Foley*, State Solicitor, *pro hac vice, Stephen P. Carney*, Associate Solicitor, *Melanie Cornelius* and *Peter M. Thomas*, Assistant Attorneys General, for appellant.

*Law Office of John S. Marshall* and *Joshua J. Morrow*, for appellees.

The cause is dismissed, *sua sponte*, as having been improvidently allowed because the issues are now moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.